**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 04, 2019 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-526, Immigrant Petition by Alien Entrepreneur | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| WAC2090033075 | November 19, 2019 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| November 19, 2019 | 203 B5 I-526 | |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $3,675.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $3,675.00 |
| Total Balance Due: | $0.00 |

THAIS CARDIM CESAR PESTANA
C/O MICHAEL LIBERATORE
1000 BRICKELL AVENUE STE 450
MIAMI, FL 33131

**NAME AND MAILING ADDRESS**

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
Immigrant Investor Program Office
131 M Street N.E.
Mail Stop 2235
Washington D.C. 20529

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I 797C 04/01/19